September 1, 2026

Re: Mr. Tucker Lee Martin — Clinical Treatment Progress

Dear Honorable Judge:

I am writing to provide an update regarding Mr. Martin's participation and progress in treatment.

Since beginning treatment and receiving the support and clinical services he needs, Mr. Martin has made tremendous changes and demonstrated significant progress. He has consistently attended all scheduled appointments, completed assigned therapeutic homework, and remained actively engaged in the treatment process. He has demonstrated increased insight into his thinking patterns, behaviors, and the factors that contributed to his inappropriate behaviors.

A significant area of progress has been Mr. Martin's ability to identify and understand his offense cycle. Through treatment, he has developed greater awareness of the thoughts, emotions, behaviors, and circumstances that may contribute to increased risk. He has demonstrated an ability to identify strategies to mitigate risk, make healthier decisions, and interrupt patterns that could lead to inappropriate behavior.

Mr. Martin has also demonstrated increased accountability for his actions. He has appeared to develop genuine remorse regarding the impact of his actions on the victim and has expressed an understanding of how his behavior affected the victim. He has demonstrated greater empathy and awareness of the consequences of his actions, rather than focusing solely on the impact of those consequences on himself. This increased awareness has been an important part of his treatment and recovery process.

Mr. Martin has shown a willingness to acknowledge problematic patterns, accept responsibility for his behavior, and work toward making positive and lasting changes. He has been able to identify areas of concern within his offense cycle and develop strategies to reduce risk and prevent a recurrence of inappropriate behaviors. He continues to work toward recovery and demonstrates a commitment to maintaining healthier behaviors and decision-making.

Another important component of Mr. Martin's progress has been his willingness to accept help and follow treatment recommendations. He is taking his prescribed medication and has remained compliant with his medication regimen. His continued participation in treatment and adherence to clinical recommendations demonstrate his commitment to his ongoing recovery and personal growth.

Overall, Mr. Martin has made tremendous progress since engaging in treatment. His increased insight, ability to recognize his offense cycle, identification of strategies to mitigate risk, increased accountability and remorse, awareness of the impact of his actions on the victim,

EXHIBIT F

medication compliance, and continued commitment to recovery are encouraging indicators of his engagement in the treatment process.

I respectfully ask that the Court consider Mr. Martin's significant treatment participation and progress, as well as the positive changes he has made since receiving appropriate support and care, when evaluating his current circumstances.

Please feel free to contact me if additional clinical information is required, subject to applicable confidentiality requirements and appropriate authorization.

Sincerely,



Sarah James MS, LPC, CRC
Clinician
(703) [redacted]
[redacted]@gmail.com