HELLO YOUR HONOR,

FIRST ID LIKE TO THANK YOU FOR TAKING THE TIME TO READ THIS. SECOND ID LIKE TO THANK THE COURT FOR THE RESTRICTIONS IMPOSED, BUT IM MOST GREATFUL FOR THE THERAPY AND THE ADHD DIAGNOSIS. BEING PUT ON MEDICATION HAS TURNED MY LIFE AROUND IN MANY WAYS, ALLOWING ME TO REGULATE MY MIND AND EMOTIONS IT IS TRUELY UNDESCRIBEABLE.

WITH THERAPY I HAVE LEARNED THAT I HAVE A PEOPLE PLEASING PERSONALITY TYPE WHICH STEMS FROM GROWING UP WITH AN EMOTIONALY UNAVAILABLE FATHER, WHO WAS REGULARLY ANGRY WITH ME DUE TO MY FAILURES IN SCHOOL. I WAS YELLED AT OFTEN OR GOT THE BELT. MY COPING MECHANISM BECAME PEOPLE PLEASING TO TRY TO GARNER POSITIVE ATTENTION TO AVOID PUNISHMENT. DUE TO IN PART MY EMOTIONALY UNAVAILABLE FATHER, I NEVER LEARNED HOW TO EMPATHIZE OR EXPRESS EMOTIONS WHEN EMOTIONAL. ITS SOMETHING IM STRUGGLING TO LEARN I HAVE THREE DECADES OF REPRESSING EMOTIONS AS A SURVIVAL METHOD I LEARNED AS A CHILD. I LEARNED TO REPRESS MY EMOTIONS BECAUSE IF I HAD GOTTEN EMOTIONAL I WAS YELLED AT OR TOLD IT WAS MY FAULT I DID IT TO MYSELF.

AS A CHILD WITH SEVERE ADHD, I WAS PICKED ON RUTHLESSLY. I WAS OSTRASIZED I HAD NO FRIENDS BECAUSE I WAS UNABLE TO CONTROL MYSELF I WOULD TALK OVER PEOPLE INTERUPT PEOPLE I WAS ALL OVER THE PLACE SO WHEN I WASNT AT SCHOOL I WAS AT HOME ALONE LEFT TO OCCUPY MY TIME TILL MY FATHER CAME BACK FROM WORK. AROUND TWELVE IS WHEN I STARTED TALKING TO ADULTS ONLINE WHICH QUICKLY TURNED INTO THEM TAKING ADVANTAGE OF ME, AT THE TIME I HAD ENJOYED IT.

EXHIBIT G

I HAD FINALLY FOUND PEOPLE WHO LIKED ME THEY WERE HAPPY TO TALK TO ME. I WAS SO HAPPY I FOUND FRIENDS WHO LIKED ME I WAS FINALY GETTING POSITIVE ATTENTION AND PRAISE INSTEAD OF BEING YELLED AT AND TOLD I WAS A FUCK UP. AT THE TIME AS A BOY STARTING PUBERTY I HAD NO ISSUES WHEN THESE PEOPLE TURNED THE CONVERSATIONS SEXUAL TAKING ADVANTAGE OF ME.

THE CONVERSATIONS BECAME DAILY WHICH IS WHERE MY MIND ASSOCIATED THAT THE ONLY WAY I COULD BE LIKED WAS TO PLEASE PEOPLE SEXUALY. WITH ADHD MY MIND IS ALWAYS TRYING TO FIND DOPAMINE WHICH I GOT FROM SEXTING THESE ADULTS ON LINE, THAT TURNED INTO MY SEX ADDICTION. THIS CONTINUED MULTIPLE TIMES A DAY EVERY DAY FOR YEARS, TILL I STARTED MAKING FRIENDS AT ABOUT 16 WHILE IN HIGHSCHOOL. THEY HAD EXPOSED ME TO DRINKING, DRUGS, AND RAVES. WE WOULD GET HIGH SNEAK INTO RAVES THAT I HAD NO RIGHT BEING AT WHERE ID DANCE WITH GROWN WOMEN THEN THEY WOULD WANT TO TAKE ME BACK TO ~~THERR~~ THEIR PLACE OR SOME WHERE ELSE PRIVATE EVEN AFTER I WOULD TELL THEM I WAS UNDERAGE ID GET THE RESPONSE "THATS FINE" "I WONT TELL IF YOU WONT" BETWEEN 16-17 I HAD SLEPT WITH OVER TWENTY FIVE WOMEN BETWEEN THE AGES 20-43 ONLY ONE WOMAN EVER TURNED ME DOWN BECAUSE I WAS UNDERAGE IT WAS JUST NORMAL TO ME. AFTER TURNING 18 MOST OF THEM HAD LOST INTREST IN MEETING UP WHICH NEVER CORRELATED WHY UNTIL THERAPY. LOOKING BACK I HAD ~~BEN~~ BEEN SEXUALY ABUSED BY THE NEIGHBOR TEENAGER WHEN I WAS EIGHT ABOUT, WHEN HE MADE ME PREFORM ORAL SEX PERIODICALY BUT ALSO MY ENTIRE TEENAGE LIFE I WAS TAKEN ADVANTAGE OF ONLINE DAILY AND SEXUALY ASSAULTED BY GROWN WOMEN AT THESE RAVES.

TO ME IT WAS NORMAL THATS JUST HOW IT WAS TO ME I DIDNT KNOW HOW WRONG IT WAS

EXHIBIT G

AS AN ADULT I CONTINUED I CONTINUED THE ONLINE SEXTING OR HOOKUPS ITS ALL I KNEW. DUE TO THE ACTIONS OF THOSE WHO ABUSED ME, IVE NEVER BEEN ABLE TO MAINTAIN A FRIENDSHIP WITHOUT IT BECOMING SEXUAL OR IMPLODING. THATS BECAUSE MY SELF WORTH IS TIED TO MY ABILITY TO SEXUALY PLEASE THEM COMPOUNDED BY MY SEX ADDICTION. IF IM DENIED THAT ABILITY BECAUSE SOMEONE I KNOW AND AM INTERESTED IN DOESNT HAVE THE SAME FEELINGS IT MAKES ME FEEL WORTHLESS NOT WORTH THE TIME OR ATTENTION, IN RESPONSE TO THAT I TALK TO MORE PEOPLE ONLINE. THIS BEHAVIOR ONLY FUELED MY SEX ADDICTION AS WELL AS MY DISTORTED VIEW OF ONLY BEING LIKED BY SEXUALY PLEASING PEOPLE. OVER YEARS AND YEARS OF THIS IT GOT TO THE POINT I DIDNT CARE WHO I WOULD TALK I JUST WANTED THEM TO BE INTERESTED IN TALKING EVEN IF THEY WERE MINORS EXCEPT THIS TIME I WAS THE ADULT. I TOLD MYSELF THE SAME LIES THE ADULTS TOLD ME WHEN I WAS A MINOR "ITS JUST ONLINE, IM NOT ACTUALLY TOUCHING THEM, THEY WANT TO WHY NOT, ITS FUN ANYWAYS" TO RATIONALIZE IT BEING OKAY. THEN I WAS THE ONE SAYING THOSE LIES TO COERCE MINORS. BY ALLOWING MYSELF TO RATIONALIZE MY ACTIONS BASED ON WHAT WAS DONE TO ME AS OKAY OR NORMAL ALL I DID WAS PERPETUATE THE DEPRAVITY DONE TO ME ONTO THEM. AT THE TIME I DIDNT SEE IT FOR HOW WRONG IT TRUELY WAS I DIDNT UNDERSTAND. IT WAS SO CONTRARY TO MY LIFE EXPERIANCE FOR ME IT WAS ONLY I HAD SEXTED ADULTS HOW BAD COULD IT BE IF I HAD SEXTED HUNDREDS OF WOMEN AS A TEEN IT WAS JUST NORMAL.

IN NO SHORT WORDS I WANT TO SAY THIS WHAT I HAD DONE WAS SEXUAL ASSAULT AGAINST MINORS. I DID TO THEM WHAT WAS DONE TO ME

EXHIBIT G

I WAS THE PERSON WHO SHOULD HAVE KNOWN AND UNDERSTOOD BEST THE ACTIONS AND THE REPROCUSSIONS FOR THOSE ACTIONS. I MORE THAN MOST KNOW HOW THOSE ACTIONS CAN AND DO AFFECT THEIR LIVES BECAUSE I HAVE LIVED THE TRAUMA. UP UNTIL RECENTLY I DIDNT REALIZE HOW MUCH IT HAD WARPED AND DISTORTED MY VIEWS AND BRAIN WITH THERAPY I HAVE LEARN HOW FAR FROM NORMAL MY CHILDHOOD WAS. WHILE I GENUINELY APOLOGIZE FOR MY ACTIONS AND FOR EVERYONE DEALING WITH THE REPROCUSSIONS OF MY ACTIONS, I AM OF THE OPINION THAT THERE ARE NOT NOR WILL THERE EVER BE AN APOLOGY OR WORDS STRONG ENOUGH FOR MY ACTIONS BECAUSE ACTION REQUIRES ACTION IN RETURN NOT WORDS AND SINCE I HAVE COME TO UNDERSTAND THE DEPTH OF MY ACTIONS THE ONLY WAY I FEEL MY APOLOGY WILL HAVE MEASURABLE WEIGHT IS TO CONTINUE WORKING TO UNDO ALL THAT HAS BEEN DONE TO ME AS OF RIGHT NOW THAT IS MY SOLE GOAL TO HEAL MYSELF. TO EVERYONE I HAVE AFFECTED I AM SO INCREDIBLY SORRY I CAN NEVER TAKE BACK WHAT HAS BEEN DONE MY PUNISHMENT FOR THAT IS LIVING WITH THE FACT THAT I DID WHAT WAS DONE TO ME TO OTHERS THAT IS MY CROSS TO BEAR I HOPE BE FORGIVEN BY MY VICTIMS AND ALL THOSE AFFECTED BUT IT WILL BE A LONG TIME BEFORE I CAN FORGIVE MYSELF.

OVER THE LAST FIVE MONTHS OF THERAPY I HAVE LEARNED ALOT BUT STILL HAVE SO MUCH MORE TO UNLEARN AND I AM DETERMINED TO DO SO. I AM DEDICATED TO HEALING MYSELF, NOW THAT I KNOW HOW BADLY THE ACTIONS DONE TO ME HAVE HAVE AFFECTED ME I HAVE A DEEPER AND MORE PERSONAL UNDERSTANDING OF WHAT

EXHIBIT G

MY ACTIONS HAVE DONE AND CAUSED, NOTHING WILL STOP ME FROM GETTING MYSELF FIXED I CAN NOT EVER ALLOW THIS TO HAPPEN AGAIN. WHEN THIS HAD STARTED FOUR YEARS AGO I SAW MY UPCOMING PRISON SENTANCE AS MY RUIN THE FINAL STEP IN MY LIFE GROWING UP PHYSICALLY, EMOTIONALY, AND SEXUALY ABUSED. THAT ABUSE AND TRAUMA MOLDED ME INTO WHAT I BECAME. I HAD FELT LIKE MY LIFE HAD BEEN ONE BAD HAND. I SEE NOW THAT PRISON ISNT MY RUIN ITS MY SALVATION, LIFE GAVE ME PRISON AS AN ACE. PRISON GIVES ME THE OPPRTUNITY TO WORK ON MYSELF WITHOUT THE PRESSURES OF LIFE, IT GIVES ME THE RESOURCES TO BETTER MYSELF OF WHICH I WILL UTILIZE TO THE FULLEST EXTENT IM ABLE, AND IT GIVES ME THE TIME I CAN USE TO ENSURE THAT WHEN I RETURN I DO SO AT MY BEST. PRISON IS A GIFT WRAPPED IN THORNS ONE I LOOK FOWARD TO WITH OPTIMISM BECAUSE WITH IT I CAN FINALY GET THE HELP I NEED.

I APOLOGIZE FOR BEING SO LONG WINDED, THANK YOU AGAIN FOR READING THIS. I TRIED MY BEST TO EXPRESS THE THINGS IVE LEARNED AND FEEL HOW IT WENT WRONG, HOW IT EFFECTED ME, THAT I TRUELY TAKE FULL ACCOUNTABILITY, THAT IM INCREDIBLY SORRY TO EVERYONE, AND HOW GREATFUL I AM TO THE COURT FOR THE RESTRICTIONS AND THERAPY GETTING ME STARTED ITS NOW UP TO ME TO CONTINUE PUTTING THE WORK IN. I HAVE GOALS AND PRIORITES AFTER PRISON NOTHING IS GOING TO STOP ME FROM ACHEIVING THEM. THANK YOU FOR YOUR TIME.

EXHIBIT G